# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

TIMOTHY KENT DEWITT,

    Plaintiff,

v.                                      CASE NO. 5:18-cv-202-MCR/MJF

FLORIDA DEPARTMENT OF
CORRECTIONS,

    Defendant.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 18, 2018. ECF No. 11. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's Motion for Voluntary Dismissal, ECF No. 10, is GRANTED, and this action is DISMISSED.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 18th day of January 2019.

    *s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**